# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RUBEN P. ARELLANO,<br><br>    Petitioner,<br><br>    v.<br><br>R. ST. ANDRÉ, Warden<br><br>    Respondent. | No. 2:24-cv-03560-ODW-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner's Motion for an extension of time to submit a Petition for writ of habeas corpus, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections were filed to the Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. Petitioner's Motion for an extension of time to file a habeas petition (ECF 1) is denied.

3. Judgment shall be entered dismissing this action without prejudice for lack of jurisdiction.

4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: June 27, 2024

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE