JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RUBEN P. ARELLANO,<br><br>      Petitioner,<br><br>      v.<br><br>R. ST. ANDRÉ, Warden,<br><br>      Respondent. | No. 2:24-cv-03560-ODW-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Motion for an extension of time to file a Petition for writ of habeas corpus (ECF 1) is denied and the action is dismissed without prejudice for lack of jurisdiction.

DATED: June 27, 2024

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE